**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-20332-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**ERICK EDUARDO MENDOZA**,

        Defendant.

_____/

## **ORDER**

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on October 2, 2023 [ECF No. 31].   To date, no party has filed an objection.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 31]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 17th day of October, 2023.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        Magistrate Judge Melissa Damian